Receipt #60853

FILED
2010 NOV 18 PM 1:08
[illegible court stamp] OHIO

07-60432    JAMES GREEN
CREDITOR DID NOT CASH CHECK
CHECK #461788 FOR $11.04
PORTFOLIO RECOVERY ASSOC
PO BOX 41067
NORFOLK, VA 23541

07-62201    SCOTT WOOD
KARA WOOD
CREDITOR DID NOT CASH CHECK
CHECK #461789 FOR $45.18
PORTFOLIO RECOVERY ASSOC
PO BOX 41067
NORFOLK, VA 23541

07-62291    TINA STITT
CREDITOR DID NOT CASH CHECK
CHECK #461790 FOR $13.31
PORTFOLIO RECOVERY ASSOC
PO BOX 41067
NORFOLK, VA 23541

07-62933    ROBERT GRIMWOOD
TAMMY GRIMWOOD
CREDITOR DID NOT CASH CHECK
CHECK #461791 FOR $12.28
PORTFOLIO RECOVERY ASSOC
PO BOX 41067
NORFOLK, VA 23541

07-62946    LINDA BARNHART
CREDITOR DID NOT CASH CHECK
CHECK #461792 FOR $31.35
PORTFOLIO RECOVERY ASSOC
PO BOX 41067
NORFOLK, VA 23541

07-63332    RUSSELL THOMAS
BETTY THOMAS
CREDITOR DID NOT CASH CHECK
CHECK #461793 FOR $18.22
PORTFOLIO RECOVERY ASSOC
PO BOX 41067
NORFOLK, VA 23541